In the Matter of CARLOS ABREU, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, et al., Respondents.

Submitted September 4, 2012; decided October 30, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

BRENDA ANDREWS et al., Appellants, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted August 20, 2012; decided October 30, 2012

Motion for leave to appeal from the July 2012 Supreme Court judgment dismissed upon the ground that the judgment is not the final appealable paper from which leave to appeal may be sought. The October 2009 Appellate Division order dismissing the complaint was the final appealable paper (see CPLR 5611).